### 20043. CORBITT *v.* THE STATE.

BROYLES, C. J. 1. The special grounds of the motion for a new trial are not referred to in the brief of counsel for the plaintiff in error, and, therefore, are treated as abandoned.

2. The verdict was authorized by the evidence and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1929.

*I. J. Bussell,* for plaintiff in error.
*A. B. Spence, solicitor-general,* contra.

### 20044. SCOTT *v.* THE STATE.

LUKE, J. The bill of exceptions in this case was certified by the trial judge on August 16, 1929, and was filed in the office of the clerk of the trial court on September 3, 1929. The bill not having been filed within fifteen days after it was certified, this court is without jurisdiction to entertain the case.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 13, 1929.

*M. Price,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.